# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 14-CR-10284-NMG

### UNITED STATES OF AMERICA

v.

### DUSTIN J. DeNUNZIO and ANTHONY GATTINERI

## FINAL STATUS REPORT

April 23, 2015

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendants with conspiracy to commit wire fraud and wire fraud, was returned on October 1, 2014;

2. The defendants were arraigned on the Indictment on October 2, 2014;

3. The defendants are not in custody;

4. A third defendant, Charles Lightbody, remains before the Magistrate Judge to complete discovery at the request of defense counsel;

5. At the arraignment, the government anticipated a trial lasting three weeks and estimated calling 20 - 25 witnesses;

6. Counsel state that the case will be resolved by way of a trial;

7. The parties agree to exclude the time from this day until the first hearing before the district judge.

/s/ Marianne B. Bowler, USMJ  
United States Magistrate Judge