United States District Court
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DUSTIN J. DENUNZIO,<br>ANTHONY GATTINERI and<br>CHARLES A. LIGHTBODY,<br><br>Defendants. | Criminal Action No.<br>14-10284-NMG |

**ORDER**

The Court will hear limited oral argument on Monday, March 28, 2016 at 11 A.M. in Courtroom #4 with respect to defendants' motion in limine to preclude the government from making inaccurate statements regarding the Massachusetts Expanded Gaming Act (Docket No. 258) and motion of defendants Gattineri and DeNunzio for a pre-trial proffer and determination with respect to alleged co-conspirator hearsay statements under Petrozziello (Docket No. 291).

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated March 16, 2016

-1-