**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA,**

**v.**

**(1) DUSTIN J. DENUNZIO,**
**(2) ANTHONY GATTINERI, and**
**(3) CHARLES A. LIGHTBODY,**

**Defendants.**

**Criminal No: 14-CR-10284-NMG**

**DEFENDANTS' MOTION TO SEAL THEIR**
**RESPONSE TO GOVERNMENT'S MOTION *IN LIMINE***

Defendants Dustin DeNunzio, Anthony Gattineri, and Charles Lightbody move for leave to file their response to the Government's motion *in limine* to admit evidence regarding 1031 exchanges under seal. In support of this motion, Defendants note that the Government filed its opening pleading under seal, and so Defendants are simply following suit.

Respectfully submitted,

/s/ Joshua S. Levy
Joshua S. Levy (BBO #563017)
Aaron M. Katz (BBO #662457)
Alexandra L. Roth (BBO # 687847)
Ropes & Gray LLP
Prudential Center
800 Boylston St.
Boston, MA 02199
Phone: (617) 951-7000
Fax: (603) 951-7050
Joshua.Levy@ropesgray.com
Aaron.Katz@ropesgray.com

Alexandra.Roth@ropesgray.com
*Attorneys for Dustin DeNunzio*

/s/ Michael J. Connolly
Michael J. Connolly (BBO #638611)
Laura B. Angelini (BBO #658647)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
Phone: (617) 345-9000
Fax: (617) 345-9020
mconnolly@hinckleyallen.com
langelini@hinckleyallen.com
*Attorneys for Anthony Gattineri*

/s/ Charles W. Rankin
Charles W. Rankin (BBO #411780)
Rankin & Sultan
151 Merrimac St. #200
Boston, MA 02114
crankin@rankin-sultan.com
*Attorney for Charles Lightbody*

Dated: April 1, 2016

**CERTIFICATE OF SERVICE**

I, Joshua S. Levy, hereby certify that, on April 1, 2016, true and accurate copies of the foregoing were served on counsel for the Government through ECF.

/s/ *Joshua S. Levy*

-3-