UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 14-cr-10284-NMG |
| | ) | |
| (1) DUSTIN J. DENUNZIO, | ) | **UNDER SEAL** |
| (2) ANTHONY GATTINERI, and | ) | |
| (3) CHARLES A. LIGHTBODY | ) | |
| | ) | |
| Defendants | ) | |

## GOVERNMENT'S MOTION TO UNSEAL PLEADINGS RELATING TO ADMISSION OF EVIDENCE RELATING TO 1031 EXCHANGES AND FOR LEAVE TO FILE REPLY

The United States, by and through the undersigned attorneys, hereby moves for an Order unsealing all pleadings and exhibits, with the exception of grand jury testimony, relating to Government's Motion in Limine to Admit Evidence Relating to 1031 Exchange, Docket No. 388, including Defendants' Response, Docket No. 400. The government also moves for leave to file a reply because Defendants' Response raises an entirely new issue concerning immunity for an anticipated defense witness.

As grounds for the request to unseal, there is no dispute that any attorney-client privilege currently applies to the information contained in the pleadings. As such, there is no reason for the pleadings to be sealed.

Counsel for Defendants take no position on this motion to unseal.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

Dated: April 4, 2016    By:    /s/ S. Theodore Merritt
S. THEODORE MERRITT
KRISTINA E. BARCLAY
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

    I, S. Theodore Merritt, Assistant United States Attorney, do hereby certify that this document, was filed on the above date through the ECF system which sends copies electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

                                              /s/ S. Theodore Merritt
                                              S. THEODORE MERRITT
                                              Assistant U.S. Attorney