**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**(1) DUSTIN J. DENUNZIO,**<br>**(2) ANTHONY GATTINERI, and**<br>**(3) CHARLES A. LIGHTBODY,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)  **Criminal No: 14-CR-10284-NMG**<br>)<br>)  **ORAL ARGUMENT REQUESTED**<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION TO ADMIT FAIRNESS DESIGNATIONS PURSUANT TO RULE 106 OF THE FEDERAL RULES OF EVIDENCE

NOW COMES Defendant Anthony Gattineri ("Mr. Gattineri") and hereby moves the Court to admit various excerpts from the transcript of the IEB interview of Mr. Gattineri on July 10, 2013, pursuant to Fed. R. Evid. 106. *See* chart setting forth Fairness Designations, attached as Exhibit A. *See* also full transcript of Mr. Gattineri's IEB interview, with brackets indicating the Government's designations and Mr. Gattineri's proposed counter-designations, attached as Exhibit B.

The Government has played for the jury only a portion of Mr. Gattineri's July 10, 2013 tape-recorded interview with IEB personnel. Based on prior filings, the Government intends to argue to the jury that Mr. Gattineri either lied to the IEB personnel during the interview or provided statements that are supportive of the Government's theory that the buyout agreement between Mr. Gattineri and Mr. Lightbody was a "sham."

55709743 v1

Federal Rule of Evidence 106, which codifies the so-called "doctrine of completeness," provides: "If a party introduces all or part of a writing or recorded statement, an adverse party may require the introduction, at that time, of any other part -- or any other writing or recorded statement -- that in fairness ought to be considered at the same time." Here, it is only fair for Mr. Gattineri to be allowed to play additional excerpts of the recording that provide relevant context for the portions played by the Government for the jury. *See* Advisory Committee Note to Fed. R. Evid. 106 ("The rule is based on two considerations. The first is the misleading impression created by taking matters out of context. The second is the inadequacy of repair work when delayed to a point later in the trial.").

In addition, it should be noted that the Government inaccurately represented to the Court that defense counsel did not lodge any objections to the Government's designation of only certain portions of the Defendants' IEB interviews. On March 24, 2016, the Defendants filed a Response to the Government's Preliminary Objections to Defendants' Proposed Witnesses and Exhibits, in which Defendants indicated that the Government's proposed introduction of only certain portions of the Defendants' IEB interviews was objectionable under Rule 106. *See* ECF No. 363. Mr. Gattineri has since tailored his requested counter-designations to respond to portions of his interview played by the Government.

WHEREFORE, Mr. Gattineri respectfully moves the Court to admit the attached excerpts of Mr. Gattineri's IEB interview pursuant to Rule 106 of the Federal Rules of Evidence.

        Respectfully submitted,

        /s/ Rhiannon A. Campbell
        Michael J. Connolly (BBO #638611)
        Laura B. Angelini (BBO #658647)
        Rhiannon Campbell (BBO # 682193)
        Hinckley, Allen & Snyder LLP
        28 State Street
        Boston, MA 02109
        Phone: (617) 345-9000
        Fax: (617) 345-9020
        mconnolly@hinckleyallen.com
        langelini@hinckleyallen.com
        rcampbell@hinckleyallen.com
        *Attorneys for Anthony Gattineri*

Dated: April 25, 2016

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I hereby certify that counsel for Mr. Gattineri has in good faith attempted to confer with counsel for the Government to resolve or narrow the issues presented by this motion, and that the disputed issues remain unresolved.

        /s/ *Rhiannon A. Campbell*

## CERTIFICATE OF SERVICE

I, Rhiannon A. Campbell, hereby certify that, on April 25, 2016, true and accurate copies of the foregoing were served on counsel for the Government through ECF.

        /s/ *Rhiannon A. Campbell*