UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>(1) DUSTIN J. DENUNZIO,<br>(2) ANTHONY GATTINERI, and<br>(3) CHARLES A. LIGHTBODY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Criminal No: 14-CR-10284-NMG<br><br>ORAL ARGUMENT REQUESTED |

### DEFENDANT ANTHONY GATTINERI'S MOTION TO ADMIT NON-HEARSAY HABIT EVIDENCE UNDER RULE 406

NOW COMES Defendant Anthony Gattineri ("Mr. Gattineri") and hereby moves the Court to allow the admission of certain email communications that constitute contextual exculpatory evidence and non-hearsay habit evidence pursuant to Fed. R. Evid. 406.  In support of this motion, Mr. Gattineri states as follows:

Paragraph 23 of the Indictment sets forth the following "Overt Act" in further of the charges of wire fraud and conspiracy to commit wire fraud:

> Also on or about December 11, 2012, after GATTINERI and DENUNZIO emailed one another regarding whether they should talk or meet that day, GATTINERI responded to DENUNZIO, "OK. Anything we do that's hot we meet in person."

*See* Indictment, at ¶ 23.  During the Government's opening statement, the prosecutor made the following remark: "Gattineri, who was worried about leaving any kind of electronic trail in e-mails in the future, had this to say -- there's an email dated December 11, 2012, from Gattineri to DeNunzio -- "Anything that we do that's hot, we meet in person."  *See* Trial transcript, 2-39:1-5.

The Government has admitted Mr. Gattineri's December 11, 2012 email into evidence at trial as Exhibit 40 through Nancy Sterling, of ML Strategies. Ms. Sterling is not a recipient nor is she copied on the email.

Mr. Gattineri seeks to admit: fifteen (15) examples of emails where he requests, suggests or insists on an in-person meetings in various business contexts; and five (5) examples where he uses the word "hot" in reference to topics that are mundane and have nothing to do with wrongdoing. Yesterday, April 25, 2016, the Government objected to the emails at issue when defense counsel sought to question the lead case agent, Special Agent Sheahan, who supervised the review of email in this case. Mr. Gattineri seeks to introduce these communications into evidence <u>not</u> for the truth of the matters asserted within the emails, but to show that he requests meetings, and describes things as "hot" as a matter of habit, concerning non-nefarious things. Thus, the emails should be admitted as contextual exculpatory evidence.

The emails are also admissible pursuant to Rule 406, for the non-hearsay purpose of establishing Mr. Gattineri's habit and practice of requesting in-person meetings and using the word "hot." Evidence of a person's habit or routine practice may be admitted to prove that on a particular occasion the person acted in accordance with the habit or routine practice. The court may admit this evidence regardless of whether it is corroborated or whether there was an eyewitness. *See* Fed. R. Evid. 406.

The proposed exhibits are exculpatory in that they tend to demonstrate that Mr. Gattineri routinely sought to meet in person to conduct everyday business conversations. The proposed exhibits also establish that Mr. Gattineri uses the word "hot" in connection with a variety of mundane business matters that have nothing to do with the criminal conduct alleged in this case. To bar Mr. Gattineri from presenting this important, exculpatory evidence that provides critical

context for the December 11, 2012 email featured so prominently in the Government's case would be highly prejudicial to Mr. Gattineri, particularly in light of the non-hearsay purpose for which the proposed emails are being offered.  The emails that Mr. Gattineri seeks to admit are attached as <u>Exhibit A</u> to this motion, along with a summary chart that Mr. Gattineri has provided to the Government so that the admission of these exhibits can be done expeditiously in accordance with Fed. R. Evid. 1006.

WHEREFORE, Mr. Gattineri respectfully moves the Court to allow the admission of the attached emails  habit evidence pursuant to Fed. R. Evid. 406.

Respectfully submitted,

/s/ Rhiannon A. Campbell_____
Michael J. Connolly (BBO #638611)
Laura B. Angelini (BBO #658647)
Rhiannon A. Campbell (BBO # 682193)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
Phone: (617) 345-9000
Fax: (617) 345-9020
mconnolly@hinckleyallen.com
langelini@hinckleyallen.com
rcampbell@hinckleyallen.com
*Attorneys for Anthony Gattineri*

Dated: April 26, 2016

## CERTIFICATE OF SERVICE

I, Rhiannon A. Campbell, hereby certify that, on April 26, 2016, true and accurate copies of the foregoing were served on counsel for the Government through ECF.

*/s/ Rhiannon A. Campbell*_____

55712216 v1

55712216 v1